UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS DARCEL JONES,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL NEAL WALSH,<br><br>      Defendant. | Case No. 2:23-cv-06636-SB-AJR<br><br>ORDER OF DISMISSAL |

      Pro se Plaintiff Louis Darcel Jones filed this action seeking money damages and injunctive relief against Defendant Michael Neal Walsh.  Dkt. No. 1.  Plaintiff also sought leave to proceed in forma pauperis (IFP).  Dkt. No. 3.  On August 22, 2023, the Court issued an order explaining that Plaintiff had not provided sufficient information for the Court to determine whether he met the financial requirements to proceed IFP and that Plaintiff's complaint raised multiple substantive problems and sought relief that was unavailable as a matter of law.  Dkt. No. 8.  The Court gave Plaintiff another chance, ordering that if he wanted to pursue his damages claims in this Court, he must file an amended IFP application and an amended complaint by September 15, 2023.  *Id*. at 2.  The Court ordered that "[i]f Plaintiff does not file his amended IFP application and amended complaint by September 15, this action will be dismissed without prejudice."  *Id*.

      The September 15 deadline has passed, and Plaintiff has not filed an amended IFP application, an amended complaint, or any other document suggesting that he still wishes to prosecute this case.  Accordingly, pursuant to the Court's August 22 order, this action is DISMISSED without prejudice.

      A final judgment will be entered separately.

Date: September 22, 2023

                                                                Stanley Blumenfeld, Jr.
                                                             United States District Judge