JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS DARCEL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL NEAL WALSH,<br><br>    Defendant. | Case No. 2:23-cv-06636-SB-AJR<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, it is ORDERED AND ADJUDGED that Plaintiff's claims are DISMISSED without prejudice.

This is a final judgment.

Date: September 22, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge